Order entered November 8, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-12-00578-CR

_____

### BILLY CLYDE STELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

_____

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-62140-Y**

_____

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record within **FIFTEEN DAYS** from the date of this order.

_____
CAROLYN WRIGHT
CHIEF JUSTICE